In the Matter of the COMMON COUNCIL OF THE CITY OF MOUNT VERNON et al., Respondents.  JAMES V. PETRILLO, as Commissioner of Public Works of the City of Mount Vernon, Appellant.— No opinion.  Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.  [See *post,* p. 970.]